**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01518-CV

### AMARJIT SINGHA AND ALL OTHER OCCUPANTS
### OF 315 ORIOLE COURT, MURPHY, TEXAS 75094, Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02893-2012**

## ORDER

We **GRANT** appellants' February 20, 2014 unopposed motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered this Court on February 20, 2014 filed as of that date.


/s/      ADA BROWN
         JUSTICE